# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF GEORGIA
# MACON DIVISION

DANNY GREENE and HOMER GREENE, :
:
    Petitioners, :
:
vs. : 5:97-CR-74 (CAR)
:
UNITED STATES OF AMERICA, :
:
    Respondent. :
_____

## *ORDER ON PETITIONER HOMER GREEN'S MOTION TO ADOPT AND THE REPORT AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE*

Before the Court are Petitioner Homer Greene's Motion to Adopt (Doc. 389), which seeks permission to adopt Petitioner Danny Greene's 60(b)(6) Motion (Doc. 385) and a Report and Recommendation (Doc.390) from United States Magistrate Judge G. Mallon Faircloth that recommends dismissing Petitioner Danny Greene's 60(b)(6) Motion for lack of jurisdiction. Petitioner Danny Greene has also filed an Objection to the Recommendation. Pursuant to 28 U.S.C. § 636(b)(1), the Court has thoroughly considered Petitioner's Objection, has made a de novo determination of the portions of the Recommendation to which Petitioner objects, and finds the Objection to be without merit.

As stated by the Magistrate Judge, "district courts do not have jurisdiction to consider Rule 60(b) motions to consider the denial of a habeas petition unless the motion is a 60(b)(3) motion, that is, one made to prevent fraud upon the court." (Report and

Recommendation 3.) (citation omitted). Petitioner Danny Greene's Motion is clearly not made to prevent fraud upon the court and is specifically filed under Rule 60(b)(6). Thus, the Court is without jurisdiction to consider the Motion. Accordingly, the Recommendation is Accepted and Petitioner's 60(b)(6) Motion is **DISMISSED**. Furthermore, as the Court lacks jurisdiction to consider the Motion, Petitioner Homer Greene's Motion to Adopt is **DISMISSED AS MOOT**.

**SO ORDERED**, this 17th day of June, 2008.

s/ C. Ashley Royal
C. ASHLEY ROYAL
UNITED STATES DISTRICT JUDGE

SCS/ssh