IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | | |
|---|---|---|
| HOMER GREEN, III, | : | |
| | : | |
| Petitioner, | : | |
| | : | |
| v. | : | NO. 5:97-cr-00074 (CAR) |
| | : | |
| UNITED STATES OF AMERICA, | : | |
| | : | Proceedings Under 28 U.S.C. § 2255 |
| Respondent. | : | Before the U.S. Magistrate Judge |
| _____ | : | |

### **RECOMMENDATION**

Before the Court is Petitioner Homer Green III's Motion to Adopt his Co-Defendant Danny Green's Motion to Vacate, Set Aside, or Correct Sentence pursuant to 28 U.S.C. § 2255, which the Court construes as a Motion to Vacate, Set Aside, or Correct Sentence pursuant to 28 U.S.C. § 2255. Doc. 494. Upon preliminary review pursuant to Rule 4 of the Rules Governing Section 2255 Proceedings, it appears that Petitioner's Motion must be dismissed as successive.

Review of the docket in this case establishes that Petitioner previously filed two unsuccessful Section 2255 Motions in 2001 and 2006 respectively. Docs. 271, 376. As such, the instant Motion is a successive Section 2255 Motion. In addition, review of the docket in the case establishes that Petitioner's Co-Defendant previously filed four unsuccessful Section 2255 Motions and that the fifth Section 2255 Motion filed by Petitioner's Co-Defendant is identical to the fourth unsuccessful Section 2255 Motion previously filed by Petitioner's Co-Defendant. Docs. 307, 349, 411, 484, 493. Because there is a pending Recommendation to dismiss the fifth Section 2255 Motion filed by Petitioner's Co-Defendant as successive, Doc. 495, it is unclear what, if anything, Petitioner wishes to adopt for purposes of this case.

In any event, pursuant to 28 U.S.C. § 2255(h), the Court's consideration of Petitioner's Motion is precluded absent prior authorization from the Eleventh Circuit. Because nothing in the

record indicates that Petitioner sought and received prior authorization from the Eleventh Circuit, it is hereby **RECOMMENDED** that Petitioner's Motion to Vacate, Set Aside, or Correct Sentence pursuant to 28 U.S.C. § 2255 (Doc. 494) be **DISMISSED**.

Pursuant to 28 U.S.C. § 636(b)(1), the parties may serve and file written objections to this **RECOMMENDATION** with the District Judge to whom this case is assigned **within fourteen (14) days** after being served with a copy thereof.

**SO RECOMMENDED**, this 13th day of September, 2013.

                                              s/ Charles H. Weigle
                                              Charles H. Weigle
                                              United States Magistrate Judge